**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **ANGEL ROLANDO CHACA LATA,** | § | |
|     **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-00157-DB** |
| | § | |
| **MARY DE ANDA-YBARRA,** *Field Office* | § | |
| *Director of Enforcement and Removal* | § | |
| *Operations, El Paso Field Office,* | § | |
| *Immigration and Customs Enforcement, et* | § | |
| *al.,* | § | |
|     **Respondents.** | § | |
| | § | |

## ORDER

On this day, the Court considered the above-captioned case. On Feburary 13, 2026, Respondents filed an untimely "Status Report," ECF No. 8, advising Petitioner was granted bond for $5,000 and has since been released from custody.

Accordingly, **IT IS HEREBY ORDERED** the parties **SHALL CONFER AND FILE** a notice informing the Court whether any matters remain to be resolved in this case by **no later than Feburary 20, 2026.**

    **SIGNED** this **17th** day of **Feburary 2026**.

_____
**THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE**