## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **ANGEL ROLANDO CHACA LATA,** | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **EP-26-CV-00157-DB** |
| | § | |
| **MARY DE ANDA-YBARRA**, *et al.*, | § | |
| **Respondents.** | § | |
| | § | |

### FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On February 20, 2026, Respondents filed "Parties' Joint Status Report," ECF No. 10, advising Petitioner was released on Feburary 10, 2026, and no issues remain to be resolved in this case. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS FURTHER ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **23rd** day of **February 2026**.

_____

**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**